**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SIMON KARAPETYAN,<br><br>        Petitioner,<br><br>  v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>        Respondent. | No. 08-73816<br><br>Agency No. A079-561-506<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 14, 2013[**]

Before:    LEAVY, THOMAS, and MURGUIA, Circuit Judges.

Simon Karapetyan, a native of the former Soviet Union and citizen of

Armenia, petitions pro se for review of the Board of Immigration Appeals'

("BIA") order denying his motion to reconsider. We have jurisdiction under

8 U.S.C. § 1252. We review for an abuse of discretion the BIA's denial of a

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

motion to reconsider, *Cano-Merida v. INS*, 311 F.3d 960, 964 (9th Cir. 2002), and we deny the petition for review.

The BIA did not abuse its discretion in denying Karapetyan's motion to reconsider because the motion failed to identify any error of fact or law in the BIA's prior order denying his motion to reopen as untimely. *See* 8 C.F.R. § 1003.2(b)(1).

**PETITION FOR REVIEW DENIED.**